UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY KEITH HINTON AIS# 154078<br>Petitioner, | )<br>)<br>) |
| vs. | )  CASE NO. CV-2019-01070<br>) |
| ROBERT HEBB, et al.,<br>Defendants. | )<br>) |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Shannon Caldwell who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Shannon Caldwell. I am currently employed with the Alabama Department of Corrections as Correctional Captain at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I have read the complaint in the above referenced case and make the following statement. On June 7, 2019 nor on July 1, 2019, I, Correctional Captain Shannon Caldwell, was not involved in the use of force incident regarding Anthony Keith Hinton, M/154078, nor did I observe anyone use force on him.

_____
Shannon Caldwell, Correctional Captain

Sworn and subscribed before me and given under my hand and official seal this the 19th day of December, 2019

NOTARY PUBLIC  Taylor A. Rutley
My Commission Expires: 10-31-20

Page 1 of 1                                                                                                   Exhibit 1