UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY KEITH HINTON AIS# 154078 )
Petitioner, )
)
vs. ) CASE NO. CV-2019-01070
)
ROBERT HEBB, et al., )
Defendants. )

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Zackery S. McLemore who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Zackery S. McLemore. I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I have read the complaint in the above referenced case and make the following statement. I, Correctional Officer, Zackery McLemore, was involved in an altercation involving inmate Anthony Keith Hinton, M/154078, in front of cell Y-48. Correctional Keller Speaks and I were conducting showers in Y-unit for cells Y-48 through Y-37. Once Officer Speaks opened cell Y-48, inmate Hinton rushed outside of the cell attempting to push past Officer Speaks. Inmate Hinton was taken to the floor while attempting to regain his footing. I gave inmate Hinton several direct orders to stop resisting and to lay down on the ground. Inmate Hinton refused to comply. I administered a one, one-second burst of chemical agent (Sabre Red Crossfire) to inmate Hinton's facial area as I continued to give loud verbal commands to inmate Hinton. Once inmate Hinton complied, handcuffs were applied to the rear of inmate Hinton and double locked. All force ceased at this time. No further force was used on by behalf involving inmate Hinton. The incident was reported to Correctional Sergeant Akeem Edmonds.

_____
Zackery S. McLemore, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 30th of October, 2019

NOTARY PUBLIC _Taylor A. Rutley_

My Commission Expires: _10-31-20_

Page 1 of 1                                                                                           Exhibit 4