UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY KEITH HINTON, AIS# 154078<br>Petitioner, | ) ) ) | |
| vs. | ) ) | CASE NO. CV-2019-01070 |
| ROBERT HEBB, et al.,<br>Defendants. | ) ) ) | |

### AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Joe L. Binder who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Joe L. Binder. I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I have no knowledge of this incident with inmate Anthony Hinton, AIS# 154078.

_____
Joe L. Binder, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 23rd day of October, 2019

NOTARY PUBLIC _Taylor A. Rutley_
My Commission Expires: _10-31-20_

Page 1 of 1                                                                                                           Exhibit 5