UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY KEITH HINTON AIS# 154078 )<br>Petitioner, )<br> )<br>vs. )<br> )<br>ROBERT HEBB, et al., )<br>Defendants. ) | CASE NO. CV-2019-01070 |

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at large, personally appeared Keller Speaks who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Keller Speaks. I am currently employed with the Alabama Department of Corrections as Correctional Officer at William E. Donaldson Correctional Facility, Bessemer, AL 35023.

I, Correctional Officer Keller Speaks, have read the complaint in the above referenced case and make the following statement.

On the date of July 1, 2019, I was assigned to X&Y unit. At approximately 10:30 a.m., I, along with Correctional Officer Zackery McLemore was conducting showers for tier 37-48. Upon opening cell 48, where inmate Anthony Hinton B/154087 and inmate Cedric Young B/311587 were housed. Inmate Hinton rushed out of the cell, pushing the cell door into me, striking me in my right shoulder. Inmate Hinton continued to force his way past the Officers. I engaged inmate Hinton, conducting a two on one takedown. I gave inmate Hinton several direct orders to stop resisting and to place his hands behind his back. Inmate Hinton complied and handcuffs were placed to the rear. All force ceased. No other force was used on my behalf on inmate Hinton.

_Keller Speaks, Correctional Officer_

Sworn and subscribed before me and given under my hand and official seal this the 6th of November, 2019.

NOTARY PUBLIC _Taylor A. Rulley_
My Commission Expires: _10-31-20_

Page 1 of 1                                                                                     Exhibit 6