# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY KEITH HINTON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:19-cv-01070-CLM-JHE |
| ROBERT HEBB, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on August 19, 2020, recommending the defendants' special report be treated as a motion for summary judgment and further recommending that the motion be granted. (Doc. 34). Although the parties were advised of their right to file specific written objections within fourteen days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED**, the court finding no genuine issues of material fact exist.

2

**DONE** and **ORDERED** this September 21, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

2